PD-0245-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/28/2015 1:56:01 PM
Accepted 4/29/2015 10:52:06 AM
ABEL ACOSTA
CLERK

1504 E. McKinney, Suite 200
Denton, Texas 76209
940-382-4711
Fax 940-349-9922
www.boswellandmoore.com

# BOSWELL & MOORE, P.C.

### Attorneys at Law

April 28, 2015

Abel Acosta, Clerk
Court of Criminal Appeals
Supreme Court Building
201 West 14th Street, Room 106
Austin, Texas 78701

Dear Clerk and Justices:

Please accept this letter as notification that I will be attending CLE on the dates of May 27th-29th, 2015. I request that the Court take into account this information when setting oral arguments or deadlines on appellate matters for which I am counsel. Specifically, I have one case with some action pending before this court: Juan Blea vs. The State of Texas, PD-0245-15.

Thank you for your assistance.

Sincerely,

Dawn A. Moore

FILED IN
COURT OF CRIMINAL APPEALS

April 29, 2015

ABEL ACOSTA, CLERK